**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6070

MICHAEL NOLAN,

Plaintiff – Appellant,

v.

MATTHEW HAMIDULLAH; M. L. RIVERA; KATHRYN MACK; RAY HOLT;
HARRELL WATTS; ALBERTO R. GONZALEZ; HARLEY G. LAPPIN;
UNITED STATES OF AMERICA; BUREAU OF PRISONS, THE; JOHN DOE;
MICHAEL B. MUKASEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Joseph F. Anderson, Jr., District
Judge.   (4:07-cv-01141-JFA)

Submitted:  October 13, 2011       Decided:  October 20, 2011

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

J. Ashley Twombley, TWENGE & TWOMBLEY, Port Royal, South
Carolina, for Appellant. Barbara Murcier Bowens, Assistant
United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Nolan appeals four orders of the district court, challenging the district court's determinations that the Federal Bureau of Prisons ("BOP") has substantially complied with a settlement agreement between the parties, finding all pending motions to be moot, and denying Nolan's motions to alter or amend the judgment. We review a district court's decision regarding enforcement of a settlement agreement for abuse of discretion. Williams v. Prof'l Transp., Inc., 388 F.3d 127, 131 (4th Cir. 2004). We also review the denial of a Fed. R. Civ. P. 59(e) motion to alter or amend a judgment for abuse of discretion. Sloas v. CSX Transp. Inc., 616 F.3d 380, 388 (4th Cir. 2010). Having reviewed the district court's orders, and finding no abuse of discretion, we affirm the decisions of the district court. Accordingly, we deny Nolan's motion to appoint counsel and affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED